# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David Michael Rubino | § | Case No. 16-22894 |
| Jory Ann Rubino | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 175,518.00
*(Without deducting any secured claims)*

Assets Exempt: 36,001.00

Total Distributions to Claimants: 2,719.50

Claims Discharged
Without Payment: 20,931.38

Total Expenses of Administration: 980.50

3) Total gross receipts of $ 3,700.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,700.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 980.50 | 980.50 | 980.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,999.00 | 23,650.88 | 23,650.88 | 2,719.50 |
| **TOTAL DISBURSEMENTS** | $ 21,999.00 | $ 24,631.38 | $ 24,631.38 | $ 3,700.00 |

4)  This case was originally filed under chapter 7 on  07/18/2016 .  The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2017                          By:/s/Zane L. Zielinski, Trustee
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 509 La Moille - Section 16 Lot 163, Sublette, IL 61367 | 1110-000 | 3,700.00 |
| TOTAL GROSS RECEIPTS | | $3,700.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 925.00 | 925.00 | 925.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 15.50 | 15.50 | 15.50 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 980.50 | $ 980.50 | $ 980.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One, N.A. | 7100-000 | 1,877.00 | 2,830.65 | 2,830.65 | 325.49 |
| 1 | Discover Bank | 7100-000 | 15,802.00 | 16,354.79 | 16,354.79 | 1,880.56 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 3,094.00 | 3,178.43 | 3,178.43 | 365.47 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 811.00 | 826.75 | 826.75 | 95.06 |
| 4 | Wells Fargo Bank Na | 7100-000 | 415.00 | 460.26 | 460.26 | 52.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 21,999.00** | **$ 23,650.88** | **$ 23,650.88** | **$ 2,719.50** |

FORM 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-22894 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | David Michael Rubino | | | | Date Filed (f) or Converted (c): | 07/18/2016 (f) |
| | Jory Ann Rubino | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 03/08/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  509 La Moille - Section 16 Lot 163, Sublette, IL 61367 | 5,000.00 | 3,700.00 | | 3,700.00 | FA |
| 2.  906 Mission Blvd Joliet, Illinois | 163,622.00 | 0.00 | | 0.00 | FA |
| 3.  2001 Chevrolet Blazer | 1,900.00 | 0.00 | | 0.00 | FA |
| 4.  2009 Forest River Sandpiper | 20,000.00 | 0.00 | | 0.00 | FA |
| 5.  2015 Chrysler 200 | 20,246.00 | 0.00 | | 0.00 | FA |
| 6.  Furniture, linens, small appliances, table & charis, bedroom | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7.  Flat Screen TV, Computer, Cell phone | 1,900.00 | 0.00 | | 0.00 | FA |
| 8.  2 dogs | 75.00 | 75.00 | | 0.00 | FA |
| 9.  books, CDs, DVDs & Family Photos | 75.00 | 75.00 | | 0.00 | FA |
| 10.  Everyday clothes, shoes, accessories | 250.00 | 0.00 | | 0.00 | FA |
| 11.  Everyday jewelry, costume jewelry, wedding rings, | 350.00 | 0.00 | | 0.00 | FA |
| 12.  Oak Trust Credit Union | 18.00 | 0.00 | | 0.00 | FA |
| 13.  First Midwest Bank | 500.00 | 0.00 | | 0.00 | FA |
| 14.  First Midwest Bank | 583.00 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $216,519.00          $5,850.00          $3,700.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has reached a settlement with the Debtor regarding liquidation of the Debtor's tractor.

RE PROP #        1  --   Campsite Used by the Debtor

Initial Projected Date of Final Report (TFR): 03/30/2017        Current Projected Date of Final Report (TFR): 03/30/2017        Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-22894 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: David Michael Rubino | Bank Name: Associated Bank |
| Jory Ann Rubino | Account Number/CD#: XXXXXX1536 |
| | Checking |
| Taxpayer ID No: XX-XXX4311 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/16 | 1 | David and Jory Rubino | Settlement Payment 1 of 5 | 1110-000 | $1,000.00 | | $1,000.00 |
| 12/14/16 | 1 | Jory Rubino | Settlement Payment 2 of 5 | 1110-000 | $450.00 | | $1,450.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,440.00 |
| 01/24/17 | 1 | Jory Rubino First Midwest Bank Cashier's Check | Settlement Payment 3 of 5 | 1110-000 | $450.00 | | $1,890.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,880.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,870.00 |
| 03/09/17 | 1 | David Rubino & Jory Rubino First Midwest Bank Official Check | Settlement Payment 4 of 5 | 1110-000 | $1,350.00 | | $3,220.00 |
| 03/14/17 | 1 | David Michael Rubino First Midwest Bank Check | Settlement Payment 5 OF 5 | 1110-000 | $450.00 | | $3,670.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,660.00 |
| 06/02/17 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $940.50 | $2,719.50 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($925.00) 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($15.50) 2200-000 | | | |
| 06/02/17 | 5002 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 11.50 % per court order. | 7100-000 | | $1,880.56 | $838.94 |

| | | |
|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 8)* | Page Subtotals: | $3,700.00   $2,861.06 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-22894 | | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|
| Case Name: | David Michael Rubino | | Bank Name: | Associated Bank |
| | Jory Ann Rubino | | Account Number/CD#: | XXXXXX1536 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4311 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/09/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/17 | 5003 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 11.50 % per court order. | 7100-000 | | $95.06 | $743.88 |
| 06/02/17 | 5004 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 11.50 % per court order. | 7100-000 | | $365.47 | $378.41 |
| 06/02/17 | 5005 | Wells Fargo Bank Na Po Box 10438 Des Moines Ia 50306-0438 | Final distribution to claim 4 representing a payment of 11.50 % per court order. | 7100-000 | | $52.92 | $325.49 |
| 06/02/17 | 5006 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 11.50 % per court order. | 7100-000 | | $325.49 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,700.00 | $3,700.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,700.00 | $3,700.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,700.00 | $3,700.00 |

Page Subtotals:                    $0.00        $838.94

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1536 - Checking | $3,700.00 | $3,700.00 | $0.00 |
|  | $3,700.00 | $3,700.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,700.00 |
| Total Gross Receipts: | $3,700.00 |

Page Subtotals:                    $0.00        $0.00